UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In re: | |
| Christopher Lee Brock | Case No.: 14-23120 |
| AKA Chris Brock | Chapter 13 |
| | Judge Kent Lindquist |
| Debtor. | * * * * * * * * * * * * * * * * * * * * |

## AGREED IMMATERIAL MODIFICATION TO SETTLE OBJECTION TO CONFIRMATION OF PLAN (DOCKET # 12)

This matter having come before the Court on the Objection to Confirmation of Plan which was filed in this court by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9, ("Movant"), by and through its mortgage servicing agent Selene Finance, the parties have come to an agreement for court approval as follows:

1. Debtor's proposed Chapter 13 Plan provides for $100.00 pre-petition arrearage to be paid to Creditor.

2. Creditor filed an Objection to Debtor's Plan on October 24, 2014 as Debtor's Plan did not provide for all of the pre petition arrearage due to Creditor.

3. Creditor filed its Proof of Claim on January 26, 2015 at Claim Number 8, with Pre-petition arrears in the amount of $8,267.82.

4. Counsel for Creditor, Council for Debtor, and the Chapter 13 Trustee agree the secured arrearage due to Creditor shall be paid according to Creditor's Proof of Claim.

1

Submitted by:

/s/ Sarah E. Willms
Sarah E. Willms (28840-64)
John R. Cummins (11532-10)
Stacey A. O'Stafy (0070386)
Mary E. Krasovic (0085380)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

/s/ David Dabertin
David Dabertin
5246 Hohman Ave
Suite 302
Hammond, IN  46320
Telephone:  219-937-1719
Fax:  219-937-1984
Email:  dabertin@netnitco.net
Attorney for Debtor

/s/ Paul R. Chael
Paul R. Chael
401 West 84th Drive
Suite C
Merrillville, IN  46410
Telephone:  219-650-4015
Chapter 13 Trustee

SO ORDERED.

Dated_____                      _____
                                                  Kent Lindquist
                                                  Judge, United States Bankruptcy Court

2